UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-6858-CBM(SKx) | Date | DECEMBER 19, 2023 |
| Title | United African Asian Abilities Club et al v. Gentry Avenue LLC et al | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the motion to dismiss 4th cause of action and strike portions of plaintiffs' 1st amended complaint [16] is hereby denied as moot in light of the notice of dismissal [17], filed December 18, 2023.

IT IS SO ORDERED.

cc: all parties

| | | |
|---|---|---|
| CV 90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |